EDLUX CONSTRUCTION CORPORATION, Respondent, *v.*
STATE OF NEW YORK, Appellant.
(Claim No. 23935.)

Argued January 26, 1938; decided March 8, 1938.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* and *Joseph I. Butler* of counsel), for appellant.
*James Gibson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.